**Order entered December 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00865-CV

### IN THE ESTATE OF ROBERTA A. PAYNE, DECEASED

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 12P-033-2**

## ORDER

Before the Court is appellant's December 20, 2016 unopposed second motion to extend time to file appellant's brief. Appellant's motion is **GRANTED**. Appellant's brief shall be filed by February 1, 2017. We caution appellant that further requests for extension of time will be disfavored.

/s/     CRAIG STODDART
        JUSTICE